

**ORDERED in the Southern District of Florida on September 1, 2014.**

Paul G. Hyman, Jr.
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**In re:**
**REBECCA FRIEDMAN**  CASE NO. 12-bk-37571-PGH
 CHAPTER 13

 **Debtor.**
_____/

**REBECCA FRIEDMAN,**  ADV. PROC. 14-01503-PGH

 **Plaintiff,**
v.

**JPMORGAN CHASE BANK, N.A., and**
**FLORIDA FORECLOSURE INVESTMENTS LLC**

 **Defendants.**
_____/

## ORDER GRANTING MOTION TO DISMISS

THIS MATTTER having come before the Court for hearing on August 11, 2014, at 9:30 a.m. upon JPMorgan Chase Bank N.A.'s Motion to Dismiss Adversary Proceeding [D.E. # 16] (the "Motion"), and, for the reasons stated on the record in Court at the hearing, and being fully advises of the premises, the Court:

**ORDERED AS FOLLOWS:**

    1.    The Motion [D.E. # 4.] is **GRANTED**.

    2.    The Plaintiff has leave to file an amended complaint within 10 days of the date this order is entered on the docket.

###

Submitted by:
Matthew I. Rochman, Esq.
WARGO & FRENCH LLP
201 S. Biscayne Blvd., Suite 1000
Miami, Florida 33131
(305) 777-6000 - Telephone
(305) 777-6001 - Facsimile
mrochman@wargofrench.com

Attorney Matthew I. Rochman is directed to serve copies of this order on all interested parties and file a certificate of service with the Clerk of the Court.